UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

HORIZON AEROSPACE, LLC.,

                              Plaintiff,

                                                                             ORDER

                                                                             03-CV-6252L

                   v.

MOONEY AEROSPACE GROUP, LTD.,

                              Defendant.
_____

    The parties have advised the Court that the claims in this action have been resolved in the United States Bankruptcy Court for the District of Delaware. The claim has been resolved there and, therefore, the complaint in this action is dismissed and the case closed.

    IT IS SO ORDERED.

                                                     _____
                                                         DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
        September 11, 2006.